United Slates Bankruptcy **Court** for the:

__Northern__ District of __Illinois__

Case number *(if known)* _____

Chapter you are filing under

❑ Chapter 7
❑ Chapter 11
❑ Chapter 12
☑ Chapter 13

☐ Check if this is an
amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use you and Debtor *1* to refer to a debtor filing alone. A married couple may **file** a bankruptcy case together––called a Joint case––and in joint cases, these forms use *you* to ask for information **from** both debtors. For **example,** if a torm asks, "Do you own a ear." **the**  serw t  eyes if  the  c  s a c   n ir   t on li needed **at** out the p e   separately, the form uses *Debtor* 1 and *Debtor* 2 to distinguish between them. **In** joint cases, one of the spouses must report information as Debtor *1*   *1* th other as Debtor 2. The same person must be Debtor *1* in all of the forms.

Be as complete and accurate **as** possible. **If** two married people are filing together, both are equally responsible for supplying correct information. If more space **is** needed, attach a separate sheet to **this** form. **On** the top of any additional pages, write your name and case **number** (if known). Answer every question.

**Part 1:    Identify Yourself**

|  | About Debtor **1:** | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**1.  Your full name**

Write the name that is on your government-issued picture identification (for example. your driver's license or passport).

**Bring** your picture identification to your meeting with the trustee.

| About Debtor 1 | About Debtor 2 |
|---|---|
| Mary | |
| First name | First name |
| Middle name | Middle name |
| Jenkins | |
| Last name | Last name |
| Suffix (Sr., Jr., II, III) | Suffix (Sr., Jr., II, III) |

**2.  All other names you have used in the last 8 years**

Include your married or maiden names.

| First name | First name |
|---|---|
| Middle name | Middle name |
| Last name | Last name |
| First name | First name |
| Middle name | Middle name |
| Last name | Last name |

**3.  Only the last 4 digits of your Social **Security** number or federal Individual Taxpayer **Identification** number (ITIN)**

xxx – xx – 0 0 2 6

OR

9 xx – xx – ___ ___ ___ ___

xxx – xx – ___ ___ ___ ___

OR

9 xx – xx – _____

Debtor 1   Mary _____ Jenkins _____
       First Name    Middle Name      Last Name

Case number (if known) _____

| About Debtor 1: | About Debtor 2 (Spouse Only in a **Joint** Case): |
|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.

Business name _____

Business name _____

EIN _ _ – _ _ _ _ _ _ _

EIN _ _ – _ _ _ _ _ _ _

☐ I have not used any business names or EINs.

Business name _____

Business name _____

EIN _ _ – _ _ _ _ _ _ _

EIN _ _ – _ _ _ _ _ _ _

**5. Where you live**

1448 Maple _____
Number    Street

_____

Berwyn _____ IL. 60402
City        State    ZIP Code

County _____

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number    Street _____

P.O. Box _____

City        State    ZIP Code

If Debtor 2 lives at a different address:

Number    Street _____

_____

City        State    ZIP Code

County _____

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number    Street _____

P.O. Box _____

City        State    ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

Check one:

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

| Debtor 1 | Mary | Jenkins | Case number *(if known)* _____ |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see Notice Required by *11 U.S.C. § 342(b)* for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13

**8. How you will pay the fee**

☒ I will pay the **entire** fee when I file my petition. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ I need to pay the fee in installments. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ I request that my fee be waived (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| | | MM / DD / YYYY | | |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |
| | | MM / DD / YYYY | | |

**11. Do you rent your residence?**

☒ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

- ☐ No. Go to line 12
- ☐ Yes. Fill out Initial Statement About an *Eviction* Judgment Against You (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | Mary | Jenkins | Case number (if known) |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

---

**Part 3:   Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any
_____

Number      Street
_____
_____

City                            State      ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a small business debtor?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:   Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

☒ No

☐ Yes. What is the hazard?   _____
_____

If immediate attention is needed, why is it needed?  _____
_____

Where is the property?   _____
Number      Street

_____

City                            State      ZIP Code

---

Debtor 1 ___Mary___ ___Jenkins___
First Name   Middle Name   Last Name

Case number (if known) _____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ Incapacity. I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ Disability. My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ Active duty. I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ Incapacity. I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ Disability. My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ Active duty. I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 ___Mary_____Jenkins_____    Case number (if known) _____
First Name    Middle Name    Last Name

16. What kind of debts do you have?

16a. Are your debts primarily consumer debts? Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

16b. Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

17. Are you filing under Chapter 7?

☒ No. I am not filing under Chapter 7. Go to line 18

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

18. How many creditors do you estimate that you owe?

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

19. How much do you estimate your assets to be worth?

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ ~$500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

20. How much do you estimate your liabilities to be?

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☒ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

For you

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _Mary E. Jenkins_____    X _____
Signature of Debtor 1    Signature of Debtor 2

Executed on  _4_ / _4_ / _2016_    Executed on _____ / _____ / _____
MM / DD / YYYY    MM / DD / YYYY

| Debtor 1 | Mary | Jenkins | Case number (if known) |
|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies. certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _Martin Joseph_                          Date  4 / 4 / 2016
Signature of Attorney for Debtor                      MM / DD / YYYY

Martin Y. Joseph
Printed name

Firm name

221 N. LaSalle
Number    Street

Suite 1906

Chicago                          IL.          60601
City                          State      ZIP Code

Contact phone  312-749-1693          Email address  MartinYJoseph@aol.com

1369563                          Illinois
Bar number                          State

Fill in this informati

| | | | |
|---|---|---|---|
| Debtor 1 | Mary | | Jenkins |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | | District of Illinois |
| | | | (State) |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain **Statistical Information**    12/15

Be as complete and accurate as **possible.** If two married people are filing together, both are equally responsible for supplying correct information. Fill out **all** of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must **fill** out a new *Summary* and check the box at the top of this **page.**

### Part 1:    Summarize Your Assets

Your assets
Value of what you own

1. Schedule *A/B: Property* (Official Form 105A/B)
   1a. Copy line 55, Total real estate, from Schedule *A/B* ............    $ 190,000.00

   1b. Copy line 62, Total personal property, from Schedule *A/B*.................................    $ 3200.00

   1c. Copy line 63, Total of all property an Schedule *A/B* .................................    $ 193,200.00

### Part 2:    Summarize Your Liabilities

Your liabilities
Amount you owe

2. Schedule *D: Creditors* Who Have Claims Secured by Property (Official Form 105D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule *D*............    $ 180,228.00

3. Schedule *E/F:* Creditors Who Have Unsecured Claims (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule *OF* ........................    $ 0

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 5j of Schedule *E/F*.............................    + $ 14739.00

   Your total liabilities    $ 194,961.00

### Part 3:    Summarize Your Income and Expenses

4. Schedule *I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule **I**................    $ 6068.70

5. Schedule *J:* Your Expenses (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule *J* .................................    $ 4648.00

Debtor 1    Mary _____ Jenkins _____    Case number (if known) _____
First Name    Middle Name    Last Name

**Part 4:**   Answer These Questions for **Administrative** and Statistical Records

6. Are you filing for bankruptcy under Chapters **7, 11,** or **13**?

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. What kind of debt do you have?

   ☒ Your **debts** are primarily consumer debts. Consumer debts are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines **8-9g** for statistical purposes. 28 U S C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the Statement of Your **Current** Monthly **Income:** Copy your total current monthly income fmm Official Form **122A-1** Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $ 8633.98

9. Copy the **following** special categories of claims from Part 4, line 6 of Schedule *E/F*.

   Total claim

   From Part4 on Schedule *E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)    $ 0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $ 0.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $ 0.00

   9d. Student loans. (Copy line 6f.)    $ 0.00

   9e. Obligations arising out of a separation agreement or divorce lhat you did not report as priority claims. (Copy line 6g.)    $ 0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + $ 0.00

   9g. Total. Add lines 9a through 9f.    $ 0.00

| Debtor 1 | Mary | | Jenkins |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____Northern_____    District of    _____Illinois_____
(State)

Care number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each **category, separately list** and describe items. List an asset once only. If an asset fits in more than one **category,** list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name **and** case number (if known). Answer every question.

**Part 1:**    Describe Each Residence. **Building,** Land, or Other Real Estate You Own or Have an **Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☐ Yes. Where is the property?

**1.1.**    1448 Maple
Street address, if available, or other description

_____

Berwyn          IL. 60402
City          State    ZIP Code

_____
County

**What is the property? Check all that apply.**
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

| Current value of the entire property? | Current value of the **portion** you own? |
|---|---|
| $ 190,000.00 | $ 190,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☑ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.**    _____
street address, if available, or other description

_____

_____
City          State    ZIP Code

_____
County

**What is the property? Check all that apply.**
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☑ Timeshare
☐ other _____

**Who has an interest in the property? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

Debtor 1 _____
First Name   Middle Name   Last Name   Case number (if known) _____

1.3 _____
Street address, if available, or other description

_____

_____

City _____ state ____ ZIP Code

_____
county

**What is the property? Check all that apply**

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current **value** of the entire property?    Current value of the portion you own?

$ _____    $ _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life **estate**), if known.

_____

☐ Check if this is **community** Property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ............................................................ ● $ 190,000.00

---

## Part 2:   Describe Your Vehicles

Do you own, lease, or have **legal** or equitable interest in any **vehicles,** whether they are registered or **not?** Include any vehicles you own that someone **else drives.** If you lease a vehicle, also report it on Schedule G: *Executory Contracts* and Unexpired Leases.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☐ Yes

3.1. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if **this** is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

**Current** value of the entire property?    Current value of the portion you own?

$ _____    $ _____

**If you** own or have more than one, describe here:

3.2. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is **community** property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?    Current value of the portion you own?

$ _____    $ _____

Debtor 1    Mary                    Jenkins                    Case number (if known)
            First Name    Middle Name    Last Name

---

3.3.    Make: _____

**Model:** _____

Year: _____

Approximate mileage: _____

Other information

Who has an interest in **the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community **property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$ _____     $ _____

---

3 4    Make _____

Model _____

Year: _____

Approximate mileage _____

Other information:

Who has an interest in the property? Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community **property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$ _____     $ _____

---

4    Watercraft, **aircraft,** motor homes, **ATVs** and other recreational vehicles, other vehicles, and accessories
    Examples: Boats, trailers, motors, personal watercraft fishing vessels, snowmobiles, motorcycle accessories

☐ No
☐ Yes

4.1.    Make: _____

Model: _____

Year: _____

Other information: _____

Who has an interest in **the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$ _____     $ _____

If you own or have more than one, list here:

4.2.    Make: _____

Model: _____

Year: _____

Other information: _____

Who has an interest in the Property? Check one.

☐ Debtor 1 only
☐ Debtor 2 Only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is **community** property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$ _____     $ _____

---

5    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages
    you have attached for Part 2. Write that number here ...........................................................................

$    0.00

---

Debtor 1    Mary    Jenkins    Case number [if known]_____
              First Name   Middle Name   Last Name

---

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do **not** deduct secured claims or exemptions.

6. Household goods and furnishings
   Examples: Major appliances, furniture, linens. china, kitchenware
   ☐ No
   ☐ Yes. Describe......... Furniture and kitchenware                    $ 300.00

7. Electronics
   Examples: Televisions and radios: audio, video, stereo, and digital equipment; computers, printers, scanners; music collections: electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe.......... TV set Computer, Stereo                     $ 300.00

8. Collectibles of value
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other ar objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☐ Yes. Describe                                                       $

9. Equipment **for sports** and hobbies
   Examples: Sports, photographic, exercise, and other hobby equipment: bicycles, pool tables, golf clubs, skis; canoes and kayaks, carpentry tools; musical instruments
   ☐ No
   ☐ Yes. Describe...........                                           $

10. Firearms
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☐ Yes. Describe..........                                          $

11. Clothes
    Examples: Everyday clothes. furs, leather coats, designer wear, shoes. accessories
    ○ No
    ☒ Yes. Describe.......... Everyday clothes                          $ 200.00

12. Jewelry
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☐ Yes. Describe............                                        $

13. **Non-farm** animals
    Examples: Dogs, cats, birds, hones
    ☐ No
    ☐ Yes. Describe                                                     $

14. **Any** other personal and household items you did not already list, including any health aids you did not list
    ☐ No
    ☐ Yes. Give specific information............                        $

15. Add the dollar value of all of your **entries** from Part 3, including any entries for pages you have attached for **Part 3**. Write that number here ...............................................→ $ 800.00

Debtor 1    Mary            Jenkins        Case number (if known)
            First Name      Middle Name    Last Name

---

| Part 4: | Describe Your Financial Assets |

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. Cash
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes...........    ..............................................    Cash: ....................... $ __400.00__

17. Deposits of money
Examples: Checking, savings, or other financial accounts; certificates of deposit, shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes.....................

|  | Institution name | |
|---|---|---|
| 17.1. Checking account: | **Chase Bank** | $ __1,000.00__ |
| 17.2. Checking account. | | $ _____ |
| 17.3. Savings account: | **Chase Bank** | $ __1,000.00__ |
| 17.4. Savings account: | | $ _____ |
| 17.5. Certificates of deposit: | | $ _____ |
| 17.6. Other financial account: | | $ _____ |
| 17.7. Other financial account' | | $ _____ |
| 17.8. Other financial account: | | $ _____ |
| 17.9. Other financial account: | | $ _____ |

18. Bonds, mutual funds, or publicly traded stocks
Examples: Bond funds, investment accounts with brokerage firms, money market accounts?

☐ No
☐ Yes.................    Institution or issuer name:

$ _____
$ _____
$ _____

19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☒ No                    Name of entity:                        % of ownership:
☐ Yes. Give specific
information about       _____    _____%    $ _____
them...................    _____    _____%    $ _____
                       _____    _____%    $ _____

Debtor 1    Mary    Jenkins    Case number (if known)
First Name    Middle Name    Last Name

20. Government and corporate bonds and other negotiable and non-negotiable Instruments

Negotiable instruments include personal checks, cashiers' checks. promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☐ No
☐ Yes. Give specific
information about
them. ....................

Issuer name:

_____    $_____
_____    $_____
_____    $_____

21. Retirement or pension accounts

Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☐ Yes. List each
account separately..    Type of account:    Institution name

401(k) or similar plan:    _____    $_____
Pension plan:    _____    $_____
IRA:    _____    $_____
Retirement account:    _____    $_____
Keogh:    _____    $_____
Additional account:    _____    $_____
Additional account:    _____    $_____

22. Security deposits and prepayments

Your share of all unused deposits you have made so that you may continue service or use from a company

Examples. Agreements wdh landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies. or others

☐ No
☒ Yes........................    Institution name or individual.

Electric:    _____    $_____
Gas:    _____    $_____
Heating oil:    _____    $_____
Security deposit on rental unit:    _____    $_____
Prepaid rent:    _____    $_____
Telephone:    _____    $_____
Water:    _____    $_____
Rented furniture:    _____    $_____
Other:    _____    $_____

23. Annuities (A contract for a permdic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes..........................    Issuer name and description:

_____    $_____
_____    $_____
_____    $_____

Debtor 1    Mary    Jenkins    Case number (if known)_____
           First Name    Middle Name    Last Name

24. Interests in an education IRA, in an account in a qualified ABLE pmgram, or under a qualified state tuition program.
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

☐ Yes .................................    Institution name and description. Separateiy file the records of any interests 11 U.S.C. § 521(c):

$_____

$_____

$_____

25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers
exercisable for your benefit

☐ No

☐ Yes. Give specific
information about them...    $_____

26. Pstents, copyrights, trademarks, trade secrets, and other intellectual property
Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes. Give specific
information about them...    $_____

27. Licenses, franchises, and other general intangibles
Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes. Give specific
information about them.    $_____

Money or property owed to you?    Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

28 Tax refunds owed to you

☒ No

☐ Yes Give specific information
about them, including whether
you already filed the returns
and the tax years...................    Federal    $_____
                                        State    $_____
                                        Local    $_____

29 Family support
Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information...........    Alimony:    $_____
                                              Maintenance:    $_____
                                              Support:    $_____
                                              Divorce settlement:    $_____
                                              Property settlement:    $_____

30. Other amounk someone owes you
Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation.
Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information. .............    $_____

Debtor 1   Mary   Jenkins
First Name   Middle Name   Last Name

Case number (if known)_____

**31. Interests in** insurance policies

Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☐ Yes. Name the insurance company
of each policy and list its value…

| Company name: | Beneficiary: | Surrender or refund value |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**32.** Any interest in property that is due you from someone who has died

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No

☐ Yes. Give specific information…………

$_____

**33.** Claims against **third** parties, whether or not you have **filed** a lawsuit or made a demand for payment

Examples: Accidents, employment disputes, Insurance claims, or rights to sue

☒ No

☐ Yes. Describe each claim………………

$_____

**34** Other contingent and **unliquidated** Claims of every nature, including **counterclaims** of the debtor and rights to set off claims

☒ No

☐ Yes. Describe each claim. ………………

$_____

**35. Any** financial **assets** you did not already **list**

☒ No

☐ Yes. Give specific information…………

$_____

**36** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for **Part 4.** Write that number here …………………………………………………………………… ➔

$  2,400.00

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37.** Do **you** own or have any **legal** or **equitable** interest in any business-related property?

☒ No. Go to Part 6
☐ Yes. Go to line 38.

Current value of the portion you own?

Do not **deduct** secured claims or exemptions.

**38. Accounts** receivable or commissions you already earned

☐ No
☐ Yes. Describe…….

$_____

**39.** Office equipment, furnishings, and supplies

Examples. Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☐ Yes. Describe …..

$_____

Debtor 1  Mary                    Jenkins
         First Name  Middle Name  Last Name                    Case number (if known)

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

☒ NO
☐ Yes. Describe.......                                                              $_____

41. **Inventory**
☒ No
☐ Yes. Describe                                                                     $_____

42 Interests in partnerships or joint ventures
☒ No
☐ Yes. Describe      Name of entity                      % of ownership:
                     _____        _____%    $_____
                     _____        _____%    $_____
                     _____        _____%    $_____

43. Customer lists, mailing lists, or other compilations
☒ NO
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
         ☐ No
         ☐ Yes. Describe.........                                                   $_____

44. Any business-related property you did not already list
☒ NO
☐ Yes. Give specific
         information.........    _____    $_____
                                 _____    $_____
                                 _____    $_____
                                 _____    $_____
                                 _____    $_____
                                 _____    $_____

45. Add the dollar value of all of your entries fmm Part 5, including any entries for pages you have attached
    for Part 5. Write that number here .................................................................  ➡  $ 0.00

---

**Part 6:**  **Describe** Any Farm- and Commercial Fishing-Related **Property** You Own or Have an Interest **In.**
            If you own or have an interest in farmland, list it in Part 1.

46 Do **you own** or have any legal or equitable Interest in any farm- or **commercial fishing-related property?**
☐ No. Go to Part 7.
☐ Yes. Go to line 47.

                                                                    Current value of the
                                                                    portion you own?
                                                                    Do not deduct secured daims
                                                                    or exemptions.

47. Farm animals
    Examples: Livestock, poultry, farm-raised fish
☐ No
☐ Yes.......................                                                        $_____

Debtor 1    Mary          Jenkins
            First Name   Middle Name   Last Name          Case number (if known)_____

48. Crops-either growing or harvested

☐ No
☐ Yes. Give specific
    information............                                                    $_____

49. Farm and fishing equipment, implements, machinery, fixtures, and twls of trade

☐ No
☐ Yes.......................                                                   $_____

50. Farm and fishing supplies, chemicals, and feed

☐ No
☐ Yes........................                                                  $_____

51. Any farm- and commercial fishing-related property you did not already list

☐ No
☐ Yes. Give specific
    information.

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here ........................................................➔   $ 0.00

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. Do you have other property of any kind you did not already list?
    Examples: Season tickets, country club membership

☒ No
☐ Yes. Give specific
    information                                                               $_____
                                                                             $_____
                                                                             $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ...............➔   $ 0.00

---

**Part 8:    List the Totals of Each Part of this Form**

55. Part 1: Total real estate, line 2. ......................................................➔   $ 190,000.00

56. Part 2: Total vehicles, line 5                          $ 0.00

57. Part 3 Total personal and household items, line 15      $_____

58. Part 4: Total financial assets, line 36                 $ 2,400.00

59. Part 5: Total business-related property, line 45        $ 0.00

60. Part 6: Total farm- and fishing-related property, line 52   $ 0.00

61. Part 7: Total other property not listed, line 54       + $ 0.00

62. Total personal property. Add lines 56 through 61..............   $ 3,200.00   Copy personal property total ➔  + $ 3,200.00

63. Total of all property on Schedule A/B. Add line 55 + line 62.. ...................................   $ 193,200.00

| Debtor 1 | Mary | | Jenkins | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | Northern | | District of Illinois | |
| | | | (State) | |
| Case number | | | | |
| (if known) | | | | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on Schedule A/B: Property (Official Form 106A/B) as your source. list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of Part 2 Additional Page as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so ie to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--nay be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1.  Which set of exemptions are you claiming? Check one only, even if your spouse is filing with you.

☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  For any property you list on Schedule A/B that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current Value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:  1448 Maple<br><br>Line from Schedule A/B:  1 | $ 190,000.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 735-5/12-901 |
| Brief description:  Furniture<br><br>Line from Schedule A/B:  6 | $ 300 | ☒ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735-5/12-1001(b) |
| Brief description:  Electronics<br><br>Line from Schedule A/B:  7 | $ 300.00 | ☒ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | 735-5/12-1001(b) |

3.  Are you claiming a homestead exemption of more than **$155,675**?
    (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No
☐ Yes. Did you acquire the property covered by the exemption within 1.215 days before you filed this case?

☐ No
☐ Yes

Debtor 1   **first1**    **middle1**    **last1**
   First Name     Middle Name     Last Name

Case number _(if known)_   **case number**

**Part 2:**   Additional **Page**

| Brief description of the property and line on *Schedule A/B* that lints this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:   Clothes<br>Line from Schedule *PIE*:   Cash | $ 200.00 | ☐ $ _735-5/12-1001(a)_<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_II_ |
| Brief description:   400.00<br>Line from Schedule A/B:   _Checking Account_ | $ | ☐ $ _735-5/12-1001(b)_<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_16_ |
| Brief description:   2000.00<br>Line from Schedule *PIE* | $ | ☐ $ _735-5/12-1001(b)_<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_17_ |
| Brief description:<br>Line from Schedule *PIE*: | $ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description:<br>Line from Schedule *PIE*: | $ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable Statutory limit | _____ |
| Brief description:<br>Line from Schedule *PIE*: | $ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description:<br>Line from Schedule *PIE*: | $ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description:<br>Line from Schedule *PIE*: | $ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief descrition:<br>Line from Schedule A/B: | $ | ☐ $ _____<br>☐ 100% of fair market value, Up to any applicable statutory limit | _____ |
| Brief description:<br>Line from Schedule *PIE*: | $ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____<br>_II_ |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $ _____<br>☐ 100% of fair market value. up to any applicable statutory limit | _____ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Mary | | Jenkins |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of | Illinois |
| | | | (State) |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1.** Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2.** List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claim in alphabetical order according to the creditor's name.

| | Column A Amount of claim | Column B Value of collateral that supports this claim | Column C Unsecured portion |
|---|---|---|---|
| | Do not deduct the value of collateral. | | if any |

**2.1** Chase Bank

Creditor's Name

3415 Vision Drive

Number   Street

OH4=7142

Columbus   OH   43219

City   State   ZIP Code

**Who owes** the debt? Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:   $ 180,228.00   $ 190,000.00   $

2 Flat Building 1448 Maple Berwyn, IL

**As of** the date you file, the claim **is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 8   4   8   9

**2.2**

Creditor's Name

Number   Street

City   State   ZIP Code

**Who** owes the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:   $   $   $

**As of** the date you file, the claim **is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 180,228.00

Official Form 106D   Schedule D: Creditors Who Have Claims Secured by Property   page 1 of 1

Fill in this information to identify your case:

| Debtor 1 | Mary | | Jenkins |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Northern__ District of __Illinois__
(State)

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with **NONPRIORITY** claims. List the other party to any **executory** contracts or unexpired leases that could result in a claim. Also list **executory** contracts on Schedule A/B: Property **(Official Form 106A/B)** and on Schedule G: **Executory** Contracts and Unexpired Leases (Official Form **106G).** Do not include any creditors with partially **secured** claims that are listed in Schedule D: **Creditors** Who Have Claims Secured by **Property.** if more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1.   Do any **creditors** have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2   List **all** of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3

(For an explanation of each type of claim, see the Instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | **Nonpriority amount** |
|---|---|---|---|

### 2.1

Priority Creditor's Name

Number          street

City                    State        ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number _____    $ _____    $ _____    $ _____

When was the debt incurred? _____

As of the date you **file,** the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **PRIORITY** unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

### 2.2

Priority Creditor's Name

Number          Street

City                    State        ZIP Code

Who incurred the debt? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of **account** number _____    $ _____    $ _____    $ _____

When was the debt incurred? _____

As **of** the date you file, the claim is: Check all that apply
☐ contingent
☐ Unliquidated
☐ Disputed

Type of **PRIORITY** unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other Specify _____

Debtor 1   Mary          Jenkins          Case number (if known)
           First Name   Middle Name   Last Name

**Part 2:** List All of Your **NONPRIORITY** Unsecured Claims

3. Do any **creditors** have **nonpriority** unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules

☒ Yes

4. List **all** of your **nonpriority unsecured** claims in the **alphabetical** order of the creditor who holds each claim. If a creditor has **more than** one nonpriority unsecured claim, list the creditor separately **for each** claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

**4.1** Wells Fargo Bank C/o Heller & Frisone Ltd
Nonpriority Creditor's Name

33 N. LaSalle Suite 1200
Number      Street

Chicago          IL.      60602
city        State     LIP Code

Who Incurred the debt? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  6 _ 1 _ 2 _ 7

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Retail Installment

$ 9,668.00

**4.2** Midland Credit Managment
Nonpriority Creditor's Name

P.O. Box 60578
Number      Street

Los Angelas      CA.      90060
city        State     ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  8 _ 3 _ 8 _ 0

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  CreditCard

$ 1,191.00

**4.3** Great American Finance Company C/o Markoff Law
Nonpriority Creditor's Name

29 N. Wacker Suite 550
Number      Street

Chicago          IL.      60606
City        State     ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a **community debt**

Is the claim subject m offset?
☐ No
☐ Yes

Last 4 digits of account number  0 _ | _ 8 _ 8

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

$ 3,800.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | Mary | | Jenkins |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ _____ District

(State)

case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, **fill** it out, number the entries, and attach it to this **page.** On the top of anv additional pages, **write** your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?

   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Proper?. (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease **is** for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| **Person** or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

**2.1**

| | | | |
|---|---|---|---|
| Name | | | |
| Number | Street | | |
| City | | State | ZIP Code |

**2.2**

| | | | |
|---|---|---|---|
| Name | | | |
| Number | Street | | |
| City | | State | ZIP Code |

**2.3**

| | | | |
|---|---|---|---|
| Name | | | |
| Number | Street | | |
| City | | State | ZIP Code |

**2.4**

| | | | |
|---|---|---|---|
| Name | | | |
| Number | Street | | |
| City | | State | ZIP Code |

**2.5**

| | | | |
|---|---|---|---|
| Name | | | |
| Number | Street | | |
| City | | State | ZIP Code |

Fill in this information to identify your case:

Debtor 1 __Mary_____ __Jenkins_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

Unibd States Bankruptcy Court for the: __Northern_____ District of __Illinois__
(State)

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people **or** entities who are also liable for any **debts** you may have. Be as complete and accurate as possible. If two married people are filing together, both **are** equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. **Attach** the Additional Page to this page. On the top of any Additional Pages, write your name and case number (If known). Answer every **question.**

1. Do you have any **codebtors?** (If you are filing a joint case, do not list either spouse as a mdebtor.)

   ☑ No
   ☐ Yes

2. Wlthin the last 8 **years,** have you lived in a **community** property state or territory? (*Community property states* and *territories* include Arizona. California. Idaho. Louisiana, Nevada, New Mexico, Puerto Rico, **Texas,** Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live? _____ Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number      Street

   _____
   City          State          ZIP Code

3. In Column 1, list all of your codebbrs. Do not Include your spouse as a codebbr if your spouse **is filing** with you. **List** the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form **106D),** Schedule *E/F* **(Official** Form **106E/F),** or Schedule G (Official Form **106G).** Use Schedule *D,* Schedule *E/F,* or Schedule G to fill out Column 2.

| Column 1: Your codebtor | Column 2 The creditor to whom you owe the debt |
|---|---|

**Column 2** The creditor to whom you owe the debt

Check all schedules that apply:

**3.1**

_____
Name

_____
Number      Street

_____
City          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule EIF, line _____
☐ Schedule G, line _____

**3.2**

_____
Name

_____
Number      Street

_____
City          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule EIF, line _____
☐ Schedule G, line _____

**3.3**

_____
Name

_____
Number      Street

_____
City          State          LIP Code

☐ Schedule D. line _____
☐ Scheduie E/F, tine _____
☐ Scheduie G, line _____

Debtor 1    Mary                              Jenkins
            First Name      Middle Name       Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name  Last Name

United States Bankruptcy Court for the:    Northern        District of    Illinois
                                                                          (State)

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and Your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write Your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. Fill in your employment information.

   If you have more than one job. attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Nurse | |
| Employer's name | Stroger Hospital | |
| Employer's address | 1901 W. Harrison<br>Number  Sheet | Number  Street |
| | Chicago    IL.    60612<br>City    State    ZIP Code | City    State    ZIP Code |
| How long employed there? | 23 Years | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below, if you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 Or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 8,233.96 | $ |
| 3. | Estimate and list monthly overtime pay. | + $ | + $ |
| 4 | Calculate gross income. Add line 2 + line 3 | $ 8,233.96 | $ 0.00 |

Debtor 1  Mary _____ Jenkins _____

First Name   Middle Name   Last Name

Case number *(if known)* _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .................................... → | 4 | $ 8,233.96 | $ 0.00 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax. Medicare, and Social Security deductions | 5a. | $ 1,116.53 | $ _____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 666.94 | $ _____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ _____ | $ _____ |
| 5d. Required repayments of retirement fund loans | 5d. | $ _____ | $ _____ |
| 5e. insurance | 5e. | $ 54.95 | $ _____ |
| 5f. Domestic support obligations | 5f. | $ _____ | $ _____ |
| 5g. Union dues | 5g. | $ 78.84 | $ _____ |
| 5h. Other deductions. Specify: 457 AGR | 5h. + $ 648.00 | + $ _____ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 2,565.26 | $ 0.00 |
| 7 Calculate total monthly take-home pay. Subtract line 6 from line 4. | . | $ 5,668.70 | $ 0.00 |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business. profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 400.00 | $ _____ |
| 8b. Interest and dividends | 8b. | $ _____ | $ _____ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ _____ | $ _____ |
| 8d. Unemployment compensation | 8d. | $ _____ | $ _____ |
| 8e. Social Security | 8e. | $ _____ | $ _____ |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| Specify: _____ | 8f. | $ _____ | $ _____ |
| 8g. Pension or retirement Income | 8g. | $ _____ | $ _____ |
| 8h. Other monthly income. Specify: _____ | 8h. + $ _____ | + $ _____ |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 400.00 | $ 0.00 |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 6,068.70 | + $ 0.00 | = $ 6,068.70 |

11. State all other regular contributions to the expenses that you list in Schedule *J*.

include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule *J*.

Specify: _____    11 + $ _____

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of *Your Assets and Liabilities and Certain Statistical* Information, if it applies    12. $ 6,068.70

**Combined** monthly income

13. Do you expect an increase or decrease within the year after you file this form?

☐ NO.

☐ Yes. Explain. _____

| Debtor 1 | Mary | | Jenkins |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Northern District | |
| Case number | | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses

12/13

Be **as** complete and accurate as **possible.** If two **married** people are **filing** together, **both** are equally responsible for supplying **correct** information. If more space **is** needed, attach another sheet to **this** form. On the top of any **additional** pages, **write** your name and case number (if known). Answer every **question.**

### Part 1:    Describe Your Household

1. Is this **a joint** case?

   ☐ No.  Go to line 2.
   ☐ Yes. Does Debtor 2 **live in** a separate household?

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J

2. Do you have dependents?

   Do not list **Debtor** 1 and Debtor 2.

   Do not state the dependents names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 44 | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses inc** expenses **of people other tha** yourself and your dependents?

   ☐ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate** your expenses as of your bankruptcy **filing** date **unless** you are **using** this form **as** a supplement **in** a Chapter 13 case **to** report expenses as of a date after the **bankruptcy is filed. If this is** a supplemental Schedule **J**, check the box at the top of me form and **fill in the** applicable date.

Include expenses paid for **with non-cash** government **assistance if** you know the value of such assistance and have Included it on Schedule *I: Your Income* (**Official** Form **B** 61.)

| | | | | Your expenses |
|---|---|---|---|---|
| 4. | The **rental** or home **ownership** expenses for your **residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ | 1,898.00 |
| | if not included in line 4: | | | |
| 4a. | Real estate taxes | 4a. | $ | |
| 4b. | Property, **homeowner's,** or renter's insurance | 4b. | $ | |
| 4c. | Home maintenance, repair. and upkeep expenses | 4c. | $ | 500.00 |
| 4d. | Homeowner's association or **condominium** dues | 4d. | $ | |

Debtor 1   Mary _____ Jenkins _____          Case number (if known) _____
         First Name   Middle Name   Last Name

|  |  | Your expenses |
|---|---|---|

5. **Additional** mortgage payments for your residence, such as home equity loans    5.  $ _____

6. **Utilities:**

  6a. **Electricity**, heat, **natural** gas    6a.  $ _____ 455.00

  6b. Water, sewer, **garbage collection**    6b.  $ _____ 150.00

  6c. Telephone, cell phone. Internet, satellite, and **cable services**    6c.  $ _____ 110.00

  6d. Mher. Specify: _____    6d.  $ _____ 0

7. Food and **housekeeping supplies**    7.  $ _____ 500.00

8. **Childcare** and children's education **costs**    8.  $ _____ 0

9. Clothing, **laundry**, and **dry cleaning**    9.  $ _____ 150.00

10. Personal care **products** and services    10.  $ _____ 200.00

11. **Medical** and dental **expenses**    11.  $ _____ 275.00

12. **Transportation.** Include gas, maintenance, bus or train fare
Do not include car payments.    12.  $ _____ 300.00

13. Entertainment, clubs, recreation, newspapers, magazines, and **books**    13.  $ _____ 60.00

14. **Charitable contributions** and **religious** donations    14.  $ _____ 50.00

15. Insurance.
Do not include insurance **deducted** from your pay w included in **lines** 4 or **20.**

  15a. Life insurance    15a.  $ _____

  15b. Health insurance    15b.  $ _____

  15c. Vehicle insurance    15c.  $ _____

  15d. Mher insurance. Specify: _____    15d.  $ _____

16. Taxes. Do not include **taxes** deducted **from** your pay w included in **lines** 4 or 20
Specify: _____    16.  $ _____

17. Installment or lease payments:

  17a. Car **payments** for Vehicle 1    17a.  $ _____

  17b. Car payments for Vehicle **2**    17b.  $ _____

  17c. **Other.** Specify: _____    17c.  $ _____

  17d. Mher. **Specify:** _____    17d.  $ _____

18. Your payments of **alimony**, maintenance, and support that you did not report **as deducted**
from your pay on **line** 5, Schedule **I**, Your **Income (Official** Form B 6I).    18.  $ _____

19. Other payments you make to support others who do not **live with** You.
Specify: _____    19.  $ _____

20. Other real **property** expenses not **included** in **lines** 4 or 5 of **this** form or on Schedule I: *Your Income.*

  20a. Mortgages on other property    20a.  $ _____

  20b. Real estate **taxes**    20b.  8 _____

  20c. Property, homeowner's, or renter's insurance    me.  $ _____

  20d. Maintenance, repair, and upkeep **expenses**    20d.  $ _____

  20e. **Homeowner's association** or condominium dues    20e.  $ _____

Debtor 1  ___Jenkins_____Jenkins_____  Case number (if known) _____
         First Name    Middle Name    Last Name

21.  Other. Specify: _____  21.  +$ _____

22.  Your monthly expenses. Add lines 4 through 21
     The result is your monthly expenses.                        22.  $ _____4,648.00

23.  Calculate your monthly net Income.

     23a.  Copy line 12 (your combined monthly income) from Schedule I.   23a.  $ _____6068.70

     23b.  Copy your monthly expenses from line 22 above.        23b.  –$ _____4,648.00

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your monthly net income.                23c.  $ _____1420.78

24.  **Do you expect** an Increase or decrease **In** your expenses **within** the year **after** you **file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☐ No.
     ☒ Yes.    Explain here:

              Debtor was off of work for over one year due to medical issues.  There may be additional expenses

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Mary | | Jenkins |
| | First Name | Middle Name | Last Name |
| Debtor 2 | First Name | Middle Name | Last Name |
| (Spouse, if filing) | | | |
| United States Bankruptcy Court for the: | Northern | District of | Illinois |
| | | | (State) |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    12/15

Be as complete and **accurate** as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space **is** needed, attach a separate sheet to this form. **On** the top of any additional pages, write your name and case
number (if known). Answer everj question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. What is **your** current marital status?

☐ Married
☒ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Daks Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number    Street | To _____ | Number    Street | To _____ |
| City    Slate    ZIP Code | | City    Slate    ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number    Street | To _____ | Number    Street | To _____ |
| City    Slate    ZIP Code | | City    State    ZIP Code | |

3. **Within** the last **8 years,** did you ever live wlth a spouse or legal equivalent **in a community** property state or **territory?** (*Community property states*
and *territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out Schedule H: *Your Codebtors* (Official Form 106H).

**Part 2:    Explain the Sources of Your Income**

Debtor 1    Mary _____ Jenkins _____    Care number (if known) _____
First Name    Middle Name    Last Name

---

4.  **Did** you have any income from employment or from operating a business during this year or the two previous calendar years?
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 11,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last** calendar year:<br>(January 1 to December 31, ____ )<br>YWW | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| For the calendar year before that:<br>(January 1 to December 31, 2014 )<br>WW | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 40,914.00 | ☐ Wages, commissions, bonuses, lip5<br>☐ Operating a business | 5_____ |

5.  Did you receive any other income during this year or the **two** previous calendar years?
    Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. if you are filing a joint case and you have income that you received together, list it only once under Debtor 1

    List each source and the gross income from each source separately. Do not include income that you listed in line 4

    ☐ No
    ☑ Yes. Fill in the details

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | Rent _____ | $ 1,200.00 | _____ | $_____ |
|  | _____ | $_____ | _____ | $_____ |
|  | _____ | $_____ | _____ | $_____ |
| For last calendar year:<br>(January 1 to December 31, 2015 )<br>YYYY | rent _____ | $ 4.800.00 | _____ | $_____ |
|  | Pension _____ | $ 31,835.00 | _____ | $_____ |
|  | _____ | $_____ | _____ | $_____ |
| For the calendar year before that:<br>(January 1 to December 3t. 2014 )<br>YYYY | Rent _____ | $ 7,800.00 | _____ | $_____ |
|  | _____ | $_____ | _____ | $_____ |
|  | _____ | $_____ | _____ | 5_____ |

---

Debtor 1    Mary        Jenkins               Case number *(if known)*_____

First Name    Middle Name    Last Name

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. Are either Debtor **1's** or Debtor **2's** debts primarily consumer debts?

☐ No. Neither Debtor 1 nor Debtor **2** has primarily consumer debts. Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐ No. Go to line 7

☐ Yes. List below each creditor to whom you paid a total of $6 225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment

☒ Yes. Debtor 1 or Debtor **2** or both have **primarily consumer** debt?;.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7

☒ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Chase Bank<br>Creditor's Name<br>P.O. Box 78420<br>Number   Street<br>Phoenix, AZ 85062<br>City   State   ZIP Code | 2/1/16<br><br>311116<br><br>4/1/16 | $ 5808.00 | $ 180,000.00 | ☒ Mortgage<br>☐ Car<br>☐ credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br>_____<br>Number   Street<br>_____<br>City   State   ZIP Code | | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br>_____<br>Number   Street<br>_____<br>City   State   ZIP Code | | $_____ | $_____ | ☐ Mortgage<br>☐ car<br>☐ Credit card<br>☐ Loan repayment<br>☐ suppliers or vendors<br>☐ other- _____ |

| Debtor 1 | Mary | | Jenkins | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

7. Wihin 1 year before you filed for bankruptcy, did you make a payment on a **debt** you owed anyone who was an insider?
Insiders include your relatives: any general partners; relatives of any general partners; partnenhips of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole propnetor 11 U.S.C. § 101. Include Payments for domestic support obligations, such as child support and alimony

☑ No
☐ Yes. List all payments to an Insider.

| | | Dates of payment | Total amount paid | Amount you still owe | Reason lor **this** payment |
|---|---|---|---|---|---|
| | | | $ | $ | |
| Insider's Name | | | | | |
| Number   Street | | | | | |
| | | | | | |
| City    State   ZIP Code | | | | | |
| | | | $ | $ | |
| Insider's Name | | | | | |
| Number   Street | | | | | |
| | | | | | |
| City    State   ZIP Code | | | | | |

B. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?
Include payments on debts guaranteed or cosigned by an insider

☑ No
☐ Yes. List all payments that benefited an insider.

| | | Dates of payment | Total amount paid | Amount you still owe | Reason for thin payment Include creditor's name |
|---|---|---|---|---|---|
| | | | $ | $ | |
| Insider's Name | | | | | |
| Number   Street | | | | | |
| | | | | | |
| City    State   ZIP Code | | | | | |
| | | | $ | $ | |
| Insider's Name | | | | | |
| Number   Street | | | | | |
| | | | | | |
| City    Stale   ZIP Code | | | | | |

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy

Debtor 1 ___Mary_____ Jenkins_____        Care number (if known) _____
         First Name   Middle Name   Last Name

---

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications,
   and contract disputes.

   ☐ NO
   ☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _Wells Fargo v. Jenkins_ | Collection | Circuit Court of Cook County<br>Court Name<br><br>50 W. Washington<br>Number   Street<br><br>Chicago          IL.      60602<br>City              State    ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number _15 M4 006127_ | | | |
| Case title _Great American Finance Co. v. Jenkins_ | Collection | Circuit Court of Cook County<br>Court Name<br><br>50 W. Washington<br>Number   Street<br><br>Chicago,          IL.      60602<br>City              State    ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number _16 M5 0188_ | | | |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
    Check all that apply and fill in the details below.

    ☒ No.   Go to line 11
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br>City      State   ZIP Code | | | $_____ |
| | Explain what happened<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |
| | Describe the property | Date | Valued the property |
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br>City      State   ZIP code | | | $_____ |
| | Explain what happened<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied | | |

---

Debtor 1 __Mary_____Jenkins_____   Case number (if known)_____

First Name      Middle Name      Last Name

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amount6 from your **accounts** or refuse to make a payment because you owed a debt?

☑ No
☐ Yes. Fill in the details.

| | **Describe** the action the creditor took | Date **action** was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| | | | |
| Number   Street | | | $_____ |
| | | | |
| City   State   ZIP Code | Last 4 digits of account number  XXXX–___ _____ | | |

12. Within 1 year before you **filed** for bankruptcy, Was any of your **property** in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another **official?**

☐ No
☐ Yes

---

**Part 5:**   **List Certain Gifts and Contributions**

---

13. Within 2 year6 before you filed for bankruptcy, did you give any gifts with a **total** value of more than 5600 per person?

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of mom than *$600* per **person** | **Describe** the **gifts** | **Dates** you gave the **gifts** | Value |
|---|---|---|---|
| | | | $_____ |
| Person to Whom You Gave the Gift | | _____ | |
| | | | $_____ |
| | | _____ | |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you | | | |
| **Gifts with a total value of** more than $600 per **person** | **Describe the gifts** | **Dates** you gave the **gifts** | **Value** |
| | | | $_____ |
| Person to Whom You Gave the Gift | | _____ | |
| | | | $_____ |
| | | _____ | |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

Official Form 107                       Statement of Financial Affairs for Individuals Filing for Bankruptcy

| Debtor 1 | Mary | Jenkins | Case number (if known) |
|---|---|---|---|
| | First Name | Middle Name  Last Name | |

**14. Within 2** years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ NO
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or **contributions** to charities that **total more** than $600 | Describe **what** you **contributed** | Date you contributed | Value |
|---|---|---|---|
| | | | |
| Charity's Name | | _____ | $_____ |
| | | _____ | $_____ |
| Number    Street | | | |
| City        State        ZIP Code | | | |

---

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because **of** theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of **property** lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:    List Certain Payments or Transfers**

15. Within **1** year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any **property** to anyone you consulted about **seeking** bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for **services** required in your bankruptcy.

☐ No
☑ Yes. Fill in the details

| | Description and value of any **property** transferred | Date payment or transfer **was** made | Amount **of payment** |
|---|---|---|---|
| Martin Y. Joseph | | | |
| Person Who Was Paid | | | |
| 221 N. LaSalle | I | 11/20/15 | $ 500.00 |
| Number    Street | | | |
| Suite 1906 | | | |
| | | 12/08/15 | $ 2000.00 |
| Chicago          IL    60602 | | | |
| City        State    ZIP Code | | | |
| Email or website address | | | |
| Mary Jenkins | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1    Mary         Jenkins             Case number (if known) _____

First Name    Middle Name    Last Name

| Description and value of any property transferred | Date **payment or transfer** was made | Amount of payment |
|---|---|---|

Person Who Was Paid
_____

Number    Street
_____

_____

City    State    ZIP Code

Email or website address
_____

Person Who Made the Payment, **1 Not You**

_____    $_____

_____    $_____

17. Within **1** year before you **filed** for bankruptcy, did you or anyone **else** acting on your **behalf** pay or transfer **any** property to anyone who promised to help you **deal** with your creditors or to make **payments** to your creditors?
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details

| Description and value of any property transferred | Date payment **or** transfer was **made** | **Amount of** payment |
|---|---|---|

Person Who Was Paid
_____

Number    Street
_____

_____

City    State    ZIP Code

_____    $_____

_____    $_____

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or **otherwise** transfer any property to anyone, other than **property** transferred **in** the ordinary course of your business or financial affairs?
**Include** both outright transfers and transfers made as **security** (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already **listed** on this statement

☒ No
☐ Yes. Fill in the details.

| Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|

Person Who Received Transfer
_____

Number    Street
_____

_____

City    State    ZIP Code

Person's relationship to you _____

Person who Received Transfer
_____

Number    Street
_____

_____

City    State    ZIP Code

Person's relationship to you _____

Debtor 1    Mary          Jenkins                 Care number *if known*_____

First Name    Middle Name    Last Name

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a **self-settled** trust or similar device of which you are a beneficiary? (These are *often* called *asset-pmtection devices.)*

☒ No
☐ Yes. Fill in the details

| Description and value of the property transferred | Dale transfer wae made |
|---|---|
| Name of bust _____ <br><br> _____ | _____ |

## List Certain **Financial** Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within** 1 year before you **filed** for bankruptcy, were any **financial** accounts or instruments held **in** your name, or for your benent, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounk: certificates of **deposit; shares** in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** <br><br> Number Street <br><br> City State ZIP Coda | XXXX-__ __ __ __ | ☒ Checking <br> ☐ Savings <br> ☐ Money market <br> ☒ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| Name of Financial Institution <br><br> Number Street <br><br> City State ZIP Code | XXXX-__ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

21. Do **you** now have, or did you have within 1 year **before** you filed for bankruptcy, any safe deposit box or other **depository** for securities, cash, or other valuables?

☐ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution <br><br> Number Street <br><br> City State ZIP Code | Name <br><br> Number Street <br><br> City State ZIP Code | | ☐ NO <br> ☐ Yes |

Debtor 1 _Mary_____Jenkins_____    Case number _(if known)_ _____
First Name    Middle Name    Last Name

**22. Have** you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number  Street | Number  Street | | |
| | City State ZIP Code | | |
| City        State    ZIP Code | | | |

**23.** Do **you** hold or control any property that someone else owns? Include any property you borrowed from, are storing for, **or** hold in trust for someone.

☑ **No**
☐ Yes. Fill in the details.

|  | Where **is** the **property**? | Describe the **property** | Value |
|---|---|---|---|
| | | | $ _____ |
| Owner's Name | | | |
| Number  Street | Number  Street | | |
| | City        State    ZIP Code | | |
| City        State    ZIP Code | | | |

For the purpose of Part 10, the following definitions apply:

_Environmental law_ means any federal, state, or local statute or regulation concerning pollution, contamination, releaser of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

Site means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including **disposal** sites.

Hazardous material means anything an environmental law defines  as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has** any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ **No**
☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, **if you know** it | Date of **notice** |
|---|---|---|---|
| | | | _____ |
| Name of site | Governmental unit | | |
| Number  Street | Number  Street | | |
| | City        State    ZIP Code | | |
| City        State    ZIP Code | | | |

| Debtor 1 | Mary | Jenkins | Case number (if known) |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

25. Have you notified any governmental unit of any release of hazardous material?

☒ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| | City   State   ZIP Code | | |
| City   State   ZIP Code | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name | | ☐ Pending |
| | Number   Street | | ☐ On appeal |
| Case number | City   State   ZIP Code | | ☐ Concluded |

---

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☒ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN |
|---|---|---|
| Business Name | | EIN: ___ - _____ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |
| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| Business Name | | EIN: ___ - _____ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

Debtor 1    Mary _____ Jenkins _____

First Name    Middle Name    Last Name

Case number _(if known)_ _____

Describe me nature of the business

Employer Identification number
Do not include Social Security number or ITIN.

Business Name _____

EIN: __ __ - __ __ __ __ __ __ __

Number    Street _____

Name of accountant or bookkeeper

Dates business existed

_____

From _____ To _____

City    State    ZIP Code

28. **Within 2 years** before you **filed** for bankruptcy, did you **give** a financial statement to anyone about your business? Include **all financial** institutions, **creditors,** or other parties.

☒ No

☐ Yes. Fill in the details below

Date **issued**

Name _____

MM / DD / YYYY

Number    Street _____

_____

City    State    ZIP Code

---

**Part 12:    Sign Below**

I have read the answers on this *Statement* of Financial Affairs and any attachments, and I declare under penalty of perjury that the answer. are true and correct. I understand that making a false statement, concealing property, or **obtaining money** or **property** by fraud in connection with a bankruptcy case can result in **fines** up to $250,000, or imprisonment for up to 20 **years,** or **both.** 18 U.S.C. §§ 152, 1341, 1519, and 3571.

☒ *Mary E Jenkins* _____    ☒ _____

Signature of Debtor 1    Signature of Debtor 2

Date 4/4/16    Date _____

Did you attach additional pages to Your Statement of Financial Affairs *for* Individuals Filing for Bankruptcy (Official Form **107)?**

☐ No

☐ Yes

Did you pay or agree to pay someone who is not **an** attorney to help you fill out bankruptcy forms?

☐ No

☐ Yes. Name of **person** _____ Attach the Bankruptcy Petition *Preparer's Notice, Declaration,* and Signature (Official Form 119).

Fill in this information to identify your case:

| Debtor 1 | Mary | | Jenkins | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | | Northern | District of | Illinois |
| | | | | (State) |
| Case number (If known) | | | | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on Schedule A/B: Property (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of Part 2: Additional Page as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? Check one only, even if your spouse is filing with you.

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on Schedule A/B that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 1448 Maple<br>Line from Schedule A/B: 1 | $ 190,000.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 735-5/12-901 |
| Brief description: Furniture<br>Line from Schedule A/B: 6 | $ 300 | ☒ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735-5/12-1001(b) |
| Brief description: Electronics<br>Line from Schedule A/B: 7 | $ 300.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 735-5/12-1001(b) |

3. Are you claiming a homestead exemption of more than $1155,6757?
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No

   　　☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Mary | | Jenkins |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of | Illinois |
| | | | (State) |
| Case number (If known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C:  The Property You Claim as Exempt

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on Schedule A/B: Property (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of Part 2: Additional Page as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds––may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? Check one only, even if your spouse is filing with you

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on Schedule A/B that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 1448 Maple<br>Line from Schedule A/B:  1 | $ 190,000.00 | ☐ $ 5<br>☒ 100% of fair market value, up to any applicable statutory limit | 735-5/12-901 |
| Brief description: Furniture<br>Line from Schedule A/B:  6 | $ 300 | ☒ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735-5/12-1001(b) |
| Brief description: Electronics<br>Line from Schedule A/B:  7 | $ 300.00 | ☒ $<br>☐ 100% of fair market value, up to any applicable statutory limit | 735-5/12-1001(b) |

3. Are you claiming a homestead exemption of more than $155,6757
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes